```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OLIVIA BERGANZA,                                             :
                                                             :
                    Plaintiff,                               :   22-CV-6452 (OTW)
                                                             :
            -against-                                        :   ORDER
                                                             :
DAGON MARINE LLC.,                                           :
                                                             :
                    Defendant.                               :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on November 10, 2022. (ECF 13). As discussed at the Conference, the parties are directed to file a revised Proposed Case Management Plan by **November 14, 2022**.

The parties are directed to file a status letter by **November 18, 2022**, regarding Mediation and, after meeting and conferring, the status of a potential demand for a jury trial. *See* ECF 6.

**SO ORDERED.**

                                                                                          *s/ Ona T. Wang*

Dated: November 10, 2022                           **Ona T. Wang**
       New York, New York                       United States Magistrate Judge